IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAUL CRISWELL                                                                    PLAINTIFF
#255807

v.                                    No. 4:22-cv-1125-DPM

TREDWAY, Officer, White
Hall Police Department;
CLAYTON CANTRELL,
Investigator, White Hall Police
Department; ADAMS, Owner,
Adams Towing/Wrecker/Recovery;
and DOES, "Mike" Owner, East End
Towing/Recovery; Officers, White
Hall Police Department                                                        DEFENDANTS

JUDGMENT

Criswell's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 November 2023