# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PAUL CRISWELL**                                                                                      **PLAINTIFF**

v.                               No. 4:22-cv-1125-DPM

**TREDWAY, Officer, White
Hall Police Department;
CLAYTON CANTRELL,
Investigator, While Hall Police
Department; ADAMS, Owner,
Adams Towing/Wrecker/Recovery;
and DOES, "Mike" Owner, East End
Towing/Recovery; Officers, White
Hall Police Department**                                                               **DEFENDANTS**

## ORDER

1. Criswell's motion to reopen, *Doc. 11*, is granted for good cause based on all the circumstances. Judgment, *Doc. 7*, vacated.

2. Criswell says his state case is still pending. The Court therefore directs the Clerk to stay and administratively terminate this case. Criswell must keep the Court informed about the status of his state case. Status report due by 30 August 2024, 28 February 2025, 29 August 2025, and every six months thereafter until the state case is resolved.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

7 March 2024