IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAUL CRISWELL                                                                    PLAINTIFF

v.                                  No. 4:22-cv-1125-DPM

TREDWAY, Officer, White
Hall Police Department;
CLAYTON CANTRELL,
Investigator, While Hall Police
Department; ADAMS, Owner,
Adams Towing/Wrecker/Recovery;
and DOES, "Mike" Owner, East End
Towing/Recovery; Officers, White
Hall Police Department                                                      DEFENDANTS

ORDER

Criswell's motion for copies, *Doc. 17*, is granted. The Court directs the Clerk to send Criswell copies of *Doc 1-10*. Updated address appreciated.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 May 2024