IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAUL CRISWELL                                                                              PLAINTIFF

v.                              No. 4:22-cv-1125-DPM

TREDWAY, Officer, White
Hall Police Department;
CLAYTON CANTRELL,
Investigator, While Hall Police
Department; ADAMS, Owner,
Adams Towing/Wrecker/Recovery;
and DOES, "Mike" Owner, East End
Towing/Recovery; Officers, White
Hall Police Department                                                                 DEFENDANTS

## ORDER

Change of address, *Doc. 19*, noted. The Court directs the Clerk to terminate the motion in this case. Criswell seeks copies in the other listed case, which is assigned to another judge.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 May 2024