IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAUL CRISWELL                                                               PLAINTIFF

v.                            No. 4:22-cv-1125-DPM

TREDWAY, Officer, White
Hall Police Department;
CLAYTON CANTRELL,
Investigator, While Hall Police
Department; ADAMS, Owner,
Adams Towing/Wrecker/Recovery;
and DOES, "Mike" Owner, East End
Towing/Recovery; Officers, White
Hall Police Department                                                    DEFENDANTS

## ORDER

Criswell's status report, *Doc. 22*, appreciated.  His embedded request for copies of state court materials is denied as this Court doesn't have the authority to grant that relief.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 August 2024