IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAUL CRISWELL
ADC #151964                                                                    PLAINTIFF

v.                          No. 4:22-cv-1125-DPM

TREDWAY, Officer, White
Hall Police Department;
CLAYTON CANTRELL,
Investigator, White Hall Police
Department; ADAMS, Owner,
Adams Towing/Wrecker/Recovery;
and DOES, "Mike" Owner, East End
Towing/Recovery; Officers, White
Hall Police Department                                                         DEFENDANT

ORDER

Criswell's detailed status report, *Doc. 22*, appreciated. His embedded request for this Court to provide him information about his pending state case is denied. Next status report due by 28 February 2025.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2024