IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAUL CRISWELL**
**ADC #151964**                                                                                                                  **PLAINTIFF**

v.                              No. 4:22-cv-1125-DPM

**TREDWAY, Officer, White**
**Hall Police Department;**
**CLAYTON CANTRELL,**
**Investigator, White Hall Police**
**Department; ADAMS, Owner,**
**Adams Towing/Wrecker/Recovery;**
**and DOES, "Mike" Owner, East End**
**Towing/Recovery; Officers, White**
**Hall Police Department**                                                                                           **DEFENDANT**

## ORDER

Criswell's status report, *Doc. 25*, is appreciated. Next status report due by 28 February 2025.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 September 2024