# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PAUL CRISWELL**
**ADC #151964**                                                                                                    **PLAINTIFF**

**v.**                          **No. 4:22-cv-1125-DPM**

**TREDWAY, Officer, White**
**Hall Police Department;**
**CLAYTON CANTRELL,**
**Investigator, White Hall Police**
**Department; ADAMS, Owner,**
**Adams Towing/Wrecker/Recovery;**
**and DOES, "Mike" Owner, East End**
**Towing/Recovery; Officers, White**
**Hall Police Department**                                                                          **DEFENDANTS**

## ORDER

Criswell's detailed status report, *Doc. 27*, appreciated. Next status report due by 28 February 2025.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 December 2024