# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| **PAUL CRISWELL** <br> **ADC #151964** | **PLAINTIFF** |
| v. No. 4:22-cv-1125-DPM | |
| **TREDWAY, Officer, White Hall Police Department; CLAYTON CANTRELL, Investigator, White Hall Police Department; ADAMS, Owner, Adams Towing/Wrecker/Recovery; and DOES, "Mike" Owner, East End Towing/Recovery; Officers, White Hall Police Department** | **DEFENDANTS** |

## ORDER

Criswell's status report, *Doc. 29*, appreciated. Next status report due by 29 August 2025. *Doc. 12*.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 February 2025