IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAUL CRISWELL                                                                  PLAINTIFF

v.                                No. 4:22-cv-1125-DPM

TREDWAY, Officer, White Hall Police
Department; CLAYTON CANTRELL,
Investigator, White Hall Police
Department; ADAMS, Owner, Adams
Towing/Wrecking/Recovery; EAST END
TOWING CORPORATION; and DOES,
Officers, White Hall Police Department                              DEFENDANTS

ORDER

Criswell and East End Towing have settled. *Doc. 44*. Congratulations. Criswell's claims against East End Towing are dismissed with prejudice, and it's dismissed as a defendant. Criswell's other claims remain pending.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 October 2025