IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAUL CRISWELL                                                      PLAINTIFF

v.                                   No. 4:22-cv-1125-DPM

TREDWAY, Officer, White Hall Police
Department;  CLAYTON CANTRELL,
Investigator, White Hall Police
Department;  ADAMS, Owner, Adams
Towing/Wrecking/Recovery;  and DOES,
Officers, White Hall Police Department            DEFENDANTS

ORDER

Motion, *Doc. 70*, granted as modified.  Criswell may amend his response to the motion for summary judgment, *Doc. 61*, by 3 June 2026. Because the moving party gets the last word, the Court will also permit Cantrell and Tredway to amend their reply, *Doc. 68*, within seven days of the amended response.  No further extensions.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
21 May 2026