IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAUL CRISWELL                                                    PLAINTIFF

v.                          No. 4:22-cv-1125-DPM

TREDWAY, Officer, White Hall Police
Department;  CLAYTON CANTRELL,
Investigator, White Hall Police
Department;  ADAMS, Owner, Adams
Towing/Wrecking/Recovery;  and DOES,
Officers, White Hall Police Department              DEFENDANTS


ORDER

Criswell responded to the pending motions. *Doc. 55, 57, 66 & 67.* Some of his mail, however, is being returned as undeliverable. *Doc. 60, 65, 69, 71 & 73.* Criswell has been diligently prosecuting his case, but the Court is concerned that he hasn't received one summary judgment exhibit, a prior Order, and file-marked copies of some of his submitted papers. The Court directs the Clerk to send Criswell this Order, a copy of the docket sheet, and copies of *Doc. 58, 59, 64, 66, 67, 70 & 72.* Criswell must also file a notice of his current mailing address by 10 July 2026. If he doesn't, the Court will rule on the current papers.

-2-

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_11 June 2026_