FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2026

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

PAUL CRISWELL                                             PLAINTIFF

v.                        No. 4:22-cv-1125-DPM

TREDWAY, Officer, White Hall Police
Department; CLAYTON CANTRELL,
Investigator, White Hall Police
Department; ADAMS, Owner, Adams
Towing/Wrecking/Recovery; and DOES,
Officers, White Hall Police Department          DEFENDANTS

## ORDER

The Court appreciates Criswell's address confirmation. His motion, *Doc. 75*, is granted as modified due to his extraordinary medical circumstance. Criswell may amend his response to the motion for summary judgment, *Doc. 61*, by 2 July 2026. Because the moving party gets the last word, the Court will also permit Cantrell and Tredway to amend their reply, *Doc. 68*, within ten days of the amended response. The Court must rule on the long-pending motions in this case. It will rule based on whatever papers are in the record after this final opportunity to amend.

-2-

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

17 June 2026