IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAUL CRISWELL** **PLAINTIFF**

**v.** **No. 4:22-cv-1125-DPM**

**TREDWAY, Officer, White Hall Police Department; CLAYTON CANTRELL, Investigator, White Hall Police Department; ADAMS, Owner, Adams Towing/Wrecking/Recovery; and DOES, Officers, White Hall Police Department** **DEFENDANTS**

## ORDER

**1.** The Court has started working on the summary judgment issues. Some brush needs clearing. The pending motions about discovery issues — Doc. 55, Doc. 57, and Doc. 78 — are all denied without prejudice. The Court will decide whether more discovery is needed after it spends more time with the briefs, the record, and the applicable law.

**2.** The unidentified parties (Does, officers, White Hall Police Department) are dismissed without prejudice. The case has progressed beyond the point of adding new parties.

**3.** After the Court decides the summary judgment issues, the Court will issue a Scheduling Order with pre-trial deadlines and a trial date if a trial is needed.

So Ordered.

D.P. Marshall Jr.
United States District Judge

18 August 2026