IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAUL CRISWELL**
**ADC #151964** **PLAINTIFF**

**v.** **No. 4:22-cv-1125-DPM**

**TREDWAY, Officer, White Hall Police Department; CLAYTON CANTRELL, Investigator, White Hall Police Department; and ADAMS, Owner, Adams Towing/Wrecking/Recovery** **DEFENDANTS**

# ORDER

Criswell's motion for copies, *Doc. 86*, is granted. The Court directs the Clerk to send Criswell copies of the docket sheet and *Doc. 81–86*. Status report and updated address, *Doc. 85*, appreciated.

So Ordered.

D.P. Marshall Jr.
United States District Judge

31 August 2026