**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PAUL CRISWELL**
**ADC #151964** **PLAINTIFF**

**v.** **No. 4:22-cv-1125-DPM**

**TREDWAY, Officer, White Hall Police Department; CLAYTON CANTRELL, Investigator, White Hall Police Department; and ADAMS, Owner, Adams Towing/Wrecking/Recovery** **DEFENDANTS**

# ORDER

Motion for copies, *Doc. 91*, granted. The Court directs the Clerk to send copies of *Doc. 2, 31, 34, 36 & 43–45* to Criswell's new address, 14320 El Road, Little Rock, AR 72206. *Doc. 91 at 2*.

So Ordered.

D.P. Marshall Jr.
United States District Judge

14 October 2026